| United States Bankruptcy Court<br>District of Wyoming | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**US Bentonite Processing** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more<br>than one, state all):<br>**20-4560511** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than<br>one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**152 North Durbin Street, Suite 120**<br>**Casper, WY** | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| ZIP CODE **82601** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Natrona** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main Proceeding<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding,<br>or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | ☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."    ☑ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on<br>4/01/13 and every three years thereafter).*<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **US Bentonite Processing** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td colspan="1"><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition.</td>
<td colspan="1"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  <u><b>Not Applicable</b></u><br>    Signature of Attorney for Debtor(s)      Date</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br><u>                           </u><br>(Name of landlord that obtained judgment)<br><br><u>                           </u><br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **US Bentonite Processing** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>   Signature of Debtor | X **Not Applicable**<br>   (Signature of Foreign Representative) |
| X **Not Applicable**<br>   Signature of Joint Debtor | |
| <br>   Telephone Number (If not represented by attorney) | <br>   (Printed Name of Foreign Representative) |
| <br>   Date | <br>   Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Bradley Hunsicker**<br>   Signature of Attorney for Debtor(s)<br><br>**Bradley Hunsicker  Bar No.  7-4579**<br>   Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Winship & Winship, PC**<br>   Firm Name<br><br>**PO Box 548 Casper, WY 82602**<br><br>   Address<br><br>**307-234-8991**          **307-234-1116**<br>   Telephone Number<br><br>**3/14/2013**<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>   Address<br><br>X **Not Applicable**<br><br>   Date<br>   Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ Todd Druse**<br>   Signature of Authorized Individual<br><br>**Todd Druse**<br>   Printed Name of Authorized Individual<br><br>**CFO**<br>   Title of Authorized Individual<br><br>**3/14/2013**<br>   Date | |

# RESOLUTION
## OF
## U.S. Bentonite Processing, Inc.

I/We, the undersigned, being *a quorum* of the directors of U.S. Bentonite Processing, Inc. ("Corporation"), declare under penalty of perjury that on March 12, 2013, the following resolution was duly adopted by the Board of Directors of this Corporation:

"**WHEREAS**, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Wyoming pursuant to Chapter 11 of Title 11 of the United States Code;

**BE IT THEREFORE RESOLVED**, that Todd Druse, Chief Financial Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

**BE IT THEREFORE RESOLVED**, that Todd Druse, Chief Financial Officer of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that Todd Druse, Chief Financial Officer of this Corporation, is authorized and directed to employ the law firm Winship & Winship, P.C. to represent the Corporation in such bankruptcy case."

**EXECUTED this 12th day of March, 2013.**

**U.S. Bentonite Processing, Inc.**

By: *William C. Aett*

Position: *Chairman*

**US Bentonite Processing**

**Schedule B - Assets**

| <ins>Item</ins> | <ins>Location</ins> |
|---|---|
| Buildings/Improvements | Bucknum Plant, Casper, Wyoming |
| Bunkhouse | Arminto, Wyoming |
| Cash on Hand | Various locations |
| Checking Account | First Interstate Bank, Casper, Wyoming |
| Checking Account | Arvest Bank, Lowell, Arkansas |
| Checking Account | Arvest Bank, Lowell, Arkansas |
| Checking Account | Hilltop National Bank, Casper, Wyoming |
| Collateral Deposit Account | First Interstate Bank, Casper, Wyoming |
| Collateral Deposit Account | First Interstate Bank, Casper, Wyoming |
| Consolidation Checking Account | First Interstate Bank, Casper, Wyoming |
| Dryer System | Bucknum Plant, Casper, Wyoming |
| Machinery/Equipment and Inventory/Parts | Bucknum Plant, Casper, Wyoming |
| Miscellaneous Rolling Stock (trucks/trailers) | Various locations |
| Mobile Home | Arminto, Wyoming |
| Office Equipment, Furnishing & Supplies | 152 N. Durbin Street, Casper, Wyoming |
| Office Equipment, Furnishing & Supplies | Bucknum Plant, Casper, Wyoming |
| Payments Checking Account | First Interstate Bank, Casper, Wyoming |
| Payroll Checking Account | First Interstate Bank, Casper, Wyoming |
| Receipts Checking Account | First Interstate Bank, Casper, Wyoming |
| Miscellaneous Mineral Interests | |

Abrasive Sales
PO Box 70
Mills, WY 82644

Acrodyne
12835 E Arapahoe Road, Tower II/#75
Englewood, CO 80112

ACT Capital Partners
2 Radnor Corp Ctr, #111
Radnor, PA 19087

Adam J Mall
1309 S Melrose Street
Casper, WY 82601-3932

Adams ISC LLC
2131 Rand Road
Rapid City, SD 57702

Alexander A. Maguire
900 West Valley Road, #501
Wayne, PA 19087

Alstom Power, Inc
Dept. CH 19352
Palatine, IL 60055-9352

Amir L and Maria Ecker
800 Newtown Road
Villanova, PA 19085

Amir L Ecker
800 Newtown Road
Villanova, PA 19085

```
Andrew T Larsen
780 North Grant Street
Casper, WY 82601-1409




Anthony C McDermott
504 N Wayne Ave
Wayne, PA 19087




Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225




Arlo B See
3900 Squaw Creek Road
Casper, WY 82604




Atlas Office Products Inc
215 N Lincoln
Casper, WY 82601




Atlas Reproduction
PO Box 2901
casper, WY 82602




Bailey Enteprises inc
PO Box 1326
Riverton, WY 82501




Barbara A Tyson
c/o Erwin & Co.
6311 Ranch Drive
Little Rock, AR 72223




Bearlodge Forest Products Inc.
PO Box 248
Hulett, WY 82720
```

Bee Publishing Co inc
PO Box 5503
Newtown, CT 06470


Bernard A G taradash Rlvr IRA
PO Box 1910
Fall River, MA 02722


Betty J Meyers Survivor's Trust
11870 S Butte Road
Sutter, CA 95982


Bierschbach Equipment & Supply
PO Box 1444
Sioux Falls, SD 57101-1444


Blakeman Propane
PO box 45
Moorcroft, WY 82721


Bloedorn Lumber
PO Box 265
Casper, WY 82602


BNSF Railway Company
PO Box 676160
Dallas, TX 75267-6160


Brad Carlson
77 Zuber Road
Riverton, WY 82501


Bradon D Marken
PO Box 994
Evansville, WY 82636

Brian K Swan
1920 Cornwall
Casper, WY 82609


Brian Swan
1920 Cornwall
Casper, WY 82609


Brown Drew & Massey
159 N Wolcott, #200
Casper, WY 82601


C. Anthony Phillips Trust
909 E Green Street
Pasadena, CA 91106


C. Anthony Phillips, Trustee


Capital Premium Financing Inc
PO Box 660899
Dallas, TX 75266-0899


Capitla Properties LLC
121 Center Street, #800
Little Rock, AR 72201


Carlson Equipment Co., Inc.
77 Zuber Road
Riverton, WY 82501


Carolyn Wittenbraker
3315 Southwestern Blvd
Dallas, TX 75225

Casper Winair
PO Box 2591
Casper, WY 82602


Casper Winco Supply Co.
PO Box 2140
Casper, WY 82602


Ceenan A Emerson
921 East 23rd Street
Casper, WY 82601-5671


Central Mine Equipment Company7
4215 Rider Trail North
Earth City, MO 63451-1106


Century Link
PO Box 29040
Phoenix, AZ 85038


Chad D Erickson
2510 Knollwood
Casper, WY 82604


Chris Harris
2531 Farmun Street
Casper, WY 82609


Clara R. Transtham Chestnut Living
350 Riverview
Oroville, CA 95966


Clara R. Trantham Chestnut Living T
350 Riverview
Oroville, CA 95966

Cliff's Crane & Equipment Repair
PO Box 1206
Mills, WY 82644


Codale Electric Supply, Inc.
PO Box 25777
SLC, UT 84125-0777


Connie R. Kennerknecht
1892 N Yellow Creek
Casper, WY 82604


Consolidated Electric Distributors,
PO Box 9599
Denver, CO 80209


Contractor's Supply
664 Circle Drive
Casper, WY 82601


Cool-it Refrideration
1620 Burlington Ave., #3
Casper, WY 82601


Crum Electric
1165 English Ave
Casper, WY 82601


Crystal M Marsh
2953 Central Drive, #103
Casp,er WY 82604


Culligan of Casper
PO Box 51770
Casper, WY 82605

Culligan of Casper
PO Box 51770
Casper, WY 82605


Dale Williams



Dan Marks
2901 W 234th Street
Torrance, CA 90505


Dan Robinett Trucking
PO Box 55
Powder River, WY 82648


Daniel C Hemmer
10007 Landmark Lane
Casper, WY 82601


Daniel J. Uptain
10007 Landmark Drive
Casper, WY 82604


Darlene Seiloff
1415 Holly Street
Casper, WY 82604


David Kinghorn
3901 Squaw Creek Road
Casper, WY 82604


David L Logan
895 Odell Place
Casper, WY 82609-2848

David S Caton
PO Box 28
Mills, WY 82644


David S. Allsopp
Philadelphia Brokerage Corp
2 Radnor Corp Center, #111
Radnor, PA 19087


Dennis Renter Family Trust


DHL Express, USA
16590 Collections Center Drive
Chicago, IL 60693


Diamond Vogel
1700 West 1st Street
Casper, WY 82604


DK Hauling Inc.
650 Antler Drive
Casper, WY 82601


Don Schulthess
46 Langdon Road
Buffalo, WY 82834


Donald Palmer Co., Inc.
PO Box 15062
New Orleans, LA 70175


Dorothy H Engler
31 Ridgewood Road
Radnor, PA 19087

Double Eight Ltd
PO Box 4593
Henley on Thames
Oxon RG9 4UT UK


Doyle Johnson Auto Prepair
651 West Collins
Casper, WY 82601


DPC
4121 Brighton Blvd, #A-23
Denver, CO 80216


Drug Testing Services Natrona Count
1988 East 1st Street
Casper, WY 82601


Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196


Edward D Rogers
3910 Squaw Creek Road
Casper, WY 82604


Edward H Maguire
1902 Little Ave
Conshohocken, PA 19428


Elijah T Gilmore
1126 1/2 Burlington Ave
Casper, WY 82601


Equity Trust Company
Sterling Trust FOB Leonard Frenkel
1600 Flat Rock Road
Penn Valley, PA 19072

Eric L Karlinsey
1843 East A Street
Casper, WY 82601


ESCO Supply
147 Collections Center Drive
Chicago, IL 60693


Exopack
File # 56839
Los Angeles, CA 90074-6839


Fastenal Company
PO Box 1286
Winona, MN 55987-1286


FedEx
PO Box 94515
Palatine, IL 60094-4515


Ferguson Enterprises, Inc.
3327 West Yellowstone Hwy
Mills, WY 82644


First Interstate Bank
PO Box 31021
Tampa, FL 33631


First Interstate Bank
104 S Wolcott Street
Casper, WY 82601


First Interstate Bank Escrow
Escrow Dept
101 East Front Street
Missoula, MT 59802

FleetPride
PO Box 847118
Dallas, TX 75284-7118


Foreman's Quality Machine Shop
PO Box 387
Mills, WY 82644


Frank J Campbell III
106 Longview Circle
Media, PA 19063


Frank Miller Living Trust
72875 Fred Waring Drive, #B
Palm Desert, CA 92260


George Lengrand
152 North Durbin Street, #120
Casper, WY 82601


Geotec Industrial Supply
PO Box 130
Mills, WY 82644


Gerald Yann
114 N Pennsylvania
Casper, WY 82609-1721


Glen T. Daniels
1818 Fetterman Ave
Casper, WY 82604


Global Minerals LLC
Attn Beeze
535 Magnolia Woods Ave
Baton Rouge, LA 70808

Grainger
PO Box 419267
Kansas City, MO 64141-6267



Green Dirt Mining & Hauling, LLC
PO Box 370
Casper, WY 82602



Greenline Equipment
PO Box 50690
Casper, WY 82605



Guardian
PO Box 677458
Dallas, TX 75267-7458



Gunter Piepers
928 Descano Drive
La Canada, CA 91011



Gus Blass III
16 W Palisades Drive
Little Rock, AR 72207



Gus Blass III
212 Center Street, #1800
Little Rock, AR 72207



Hansen Qwik Lube
PO Box 1558
Mills, WY 82644



Harry G. and Ericka E. Richter
2146 Camino San Rafael
Glendale, CA 91206

Haver Services LLC
460 Gees Mill Business Court
Conyers, GA 30013


Heather A Weidle
1020 1/2 S Chestnut
Casper, WY 82604


Henry B Maguire
44070 Royal Troon Drive
Indio, CA 92201


Hickey & Evans LLP
PO Box 467
Cheyenne, WY 82003-0467


Hicks Contracting LLC
4341 Sunrise Dirve
Casper, WY 82644


High Plains Power, Inc.
PO Box 713
Riverton, WY 82501


Hillcrest Spring Water
2210 N Plaza Drive
Rapid City SD 57702


Holly A Gauger
9680 Osage Road
Casper, WY 82601


Homax Oil Sales
605 South Poplar
Casper, WY 82601

Hose & Rubber Supply Inc
240 Nichols Ave
Casper, WY 82601


Howard Supply Company
4100 International Plaza, #850
Fort Worth, TX 76109


HUB International Insurances Servic
HCC Surety Goup
PO box 4312
Riverside, CA 91365-4312


Hunt Holladay
Accrued rentals/Arminto Site
1605 Monrovia Ave
Costa Mesa, CA 92627


Hychem Inc
PO Box 930187
Atlanta, GA 31193-0187


Inberg-Miller Engineers
124 East Main Street
Riverton, WY 82501


Irrev. Deed of Trust/Frank J Campbe
c/o Edwin R. Boynton
30 Valley Stream Pkwy
Malvern, PA 19355


J K C Engineering
5830 East 2nd Street
Casper, WY 82609


Jack Anderson
3 Terraza
Newport Coast, CA 92657

Jack Anderson
895 Dove Street, 3rd Floor
Newport Coast, CA 92660


Jack L. Underwood
PO Box 9
Penn Valley, CA 95946


Jack's Truck and Equipment
PO Box 1628
Gillette, WY 82717


Jacob A Rosenbaum
15285 Bucknum Road
Casper, WY 82604-9433


James B and Margaret B. Flanigan
1309 Arrowmink Road
Villanova, PA 19085


James B Blair Recovocable Trust
3065 N College Ave, #51
Fayetteville, AR 72703


James D Gardner
PO Box 162
Evansville, WY 82636-0162


James I Freeman
3711 Water Oak Drive
Texarkana, AR 72703


James V.D. Quereau Jr
59 Annwood Lane
Wayne, PA 19087

James Van Dyke Quereau Jr
59 Annwood Lane
Wayne, PA 19087

Jessica Trost
6636 King Salmon Drive
Casper, WY 82604-5465

Joanne C Edwards
One Milbank Ave, #1E
Greenwich, CT 06830

Joe Hatch
1711 Laramie Ave
Casper, WY 82604

Joe J Rogi Jr
1578 S Ash Street
Casper, WY 82601-4220

John A Affleck
7814 Ardmore Ave
Wyndmoor, PA 19038

John and Lois Teerling
1640 Court of Palms,. #603
Ft Meyers, FL 33908

John H Tyson
PO Box 2020
Springdale, AR 72765

John Nolind

John P. and Carol H Dahdah
2228 Detweiler Road
Pottstown, PA 19404


Jon F Wing
PO Box 63
Powder River, WY 82648


Jordan Sall
8247 Roxburry Road
Los Angeles, CA 90069


Joseph Kornfield
2740 Lundy Lane
Huntington Valley, PA 19006


Joseph L Hatch
1711 Laramie Ave
Casper, WY 82604


Judith W Campbll
106 Longview Circle
Media, PA 19063


K C Properties, LLC
PO Box 1595
Casper, WY 82602


K. Tucker Anderson
369 Lexington Ave, #305
NY, NY 10017


Kassidy E Graves
27 Stone Road
Riverton, WY 82501

Katherine French
22 Lake shore
Irvine, CA 92604

Kenneth A Culver
10320 Majestic Trail
Parkland, FL 34201

Kenneth R LaPlant
PO Box 1003
Mills, WY 82644

Key Benefit Administrators
PO Box 20430
Indianapolis, IN 46220

Komatsu Equipment
1486 Distribution Drive
SLC, UT 84104

Kruse Farms
1200 South Main, #1400
Grapevine, TX 76051

Larry Jones & Michelle Ziskind
466 N Highland Ave
Merion Station, PA 19066

Leonide C. Prince Recovable Trust
Philadelphia Brokerage Corp
2 Radnor Corp Center, #111
Radnor, PA 19087

Les R. Baledge
668 N. Sequoyah
Fayetteville, AR 72701

Lift Pro Equipment Co. Inc.
PO Box 1482
Sioux Falls, SD 57101

Lock n Pop
39906 Treasury Center
Chicago, IL 60694

Loius Rotar Jr
395 Dunstone Drive
Oroville, CA 95966

Lone Camp Ironworks LLC
313 West Dickson Street, #201
Fayetteville, AR 72701

Louise H Hildreth
912 Rolandvue Road,
Baltimore, MD 21204

Lubrication Engineers Inc
300 Bailey Ave
Fort Worth, TX 76107

Lynn E Poppell
10007 Landmark Drive
Casper, WY 82604

Margaret Strohecker
1046 Surry Court
Casper, WY 82609

McDermott Family Partnership
504 N Wayne Ave
Wayne, PA 19087

```
McGee, Hearne & Paiz, LLP
PO Box 1088
Cheyenne, WY 82003-1088




Mel's Water Service
PO Box 37
Lysite, WY 82642




Mills Livestock
14500 Poison Spider road
Casper, WY 82604




Mine Safety & Health Adminstration
US Department of Treasury
PO Box 790390
St Louis, MO 63179-0390




Mitchell A Druse
6020 South Oak Street
Casper, WY 82601




Moderm Electric Company
PO Box 2107
Casper, WY 82602




Motion Industries
PO Box 504606
St. Louis, MO 63150




Myriam Goffin
668 N Seqouyah Drive
Fayetteville, AR 72701




Myron Durtsche
11079 State Hwy 789
Riverton, WY 82501-8808
```

Myron R Durtsche
11079 Hwy 789
Riverton, WY 82501

Napa Auto Parts
PO Box 2727
Casper, WY 82602

Natrona County Treasurer
PO Box 190
Casper, WY 82602

NFS/FMTC IRA FBO Gus Blass

NFS/FMTC IRA FBO Tom Donohoe
Philadelphia Brokerage Corp
2 Radnor Corp Center, #111
Radnor, PA 19087

Noland Feed
268 Industrial Ave
Casper, WY 82601

Nolind Family Trust

Norco, Inc.
PO Box 15299
Boise, ID 83715

North Platte Archaeological Service
940 South Center Street
Casper, WY 82601

Northern Safety Co., Inc.
PO Box 4250
Utica, NY 13504-4250


Northwest Scientific Inc.
725 Lohwest Lane
Billings, MT 59106


PAB Good Trucking LLC
3796 Lane 32 1/2
Greybull, WY 82426


Pacific Steele & Recycling
PO Box 160
Mills, WY 82644


Patricia B Blass,/Constance Blass O
16 W Palisades Drive
Little Rock, AR 72207


Patricia McDermott Boyd
153 74th Street
Avalon, NJ 08202


Patrick S Nolind
1926 Garden Creek Road
Casper, WY 82601


Paul Kelly Mikules
7035 Corintia Street
Carlsbad, CA 92009


Peter S. Rawlings
1610 Old Gulph Road
Villanova, PA 19085

Phase I Construction
PO Box 1568
Mills, WY 82644


Philadelphia Brokerage Corp
2  Radnor Corporate Center
100 Matsonford Road, #111
Radnor, PA 19087


Power Equipment Company
3251 MJB Road
Casper, WY 82601


Quality Office Solutions, Inc.
341 East E Street
Casper, WY 82601


R & C Welding and Fabrication
880 East Country Club Road
Gering, NE 69341


R & R Rest Stops of Casper
1835 Skyview Drive
Casper, WY 82601


Randy W Staberg
PO Box 52
Powder River, WY 82648


Raquel Nolind


Reggie Kinghorn
3901 Squaw Creek raod
Casper, WY 82604

Rhonda Larson
3978 Richland Street
Springfield, OR 97478


Richard A Powell
805 Maple Glen Lane
Wayne, PA 19087


Richard A. Jacoby
2490 White Horse Road
Berwyn, PA19312


Richard A. Jacoby Living Trust
c/o Cozen O Connor
1900 Market Street
Philadelphia, PA 19106


Robert A Nolind
1439 W Chapman, #177
Orange, CA 92868


Robert D Dettloff
1137 South Willow Street
Casper, WY 82604-2804


Robert E Kinder
PO Box 1716
Evansville, WY 82636


Roman and Donna Fedorak
68 Teal Drive
Langhorne, PA 19047


Ron D. Silverton
c/o AGT Advisors
6300 Wilshire Blvd, #700
Los Angels, CA 90048

Sally Allsopp
Philadelphia Brokerage Corp
2 Radnor Corp Center, #111
Radnor, PA 19087


Scudder Smith Family Assoc
PO Box 5503
Newtown, CT 06470


Shuttle Wagon Mobile Railcare Mover
4116 Doctor Greaves Road
Grandview, MO 64030-1138


Stacy Whiting
1636 S Spruce Street
Casper, WY 82601


Stephen E. Whiting
1636 S Spruce Street
Casper, WY 82601


Stephens Inc custodian for Gus Blas
111 Center Street
Little Rock, AR 72201


Sterling Trust FBO John Nolind
29 Town View Drive
Oroville, PA 95966


Sterling Trust FBO Raquel Nolind
251 Lodge View
Oroville, CA 95966


Tharco Containers
PO Box 844169
Dallas, TX 75284-4169

```
Tim J Seifert
3570 Indian Scout Drive
Casper, WY 82601




Tire Distribution Systems (GCR/TDS)
PO Box 910530
Denver, CO 80291-0530




Todd Druse
6020 South Oak Street
Casper, WY 82601




Todd Seslar
22905 Arminto Road
Arminto, WY 82630-9004




Tracy L. Glidewell
PO Box 1716
Evansville, WY 82636




Tri-State Generation & Transmission
1100 Wst 116th Ave
Westminster, CP 80234




Troy J. Trujillo
183 Dahlia
Casper, WY 82904




UE Compression
PO Box 31596
Dallas, TX 75373-1596




Uline Shipping Supply Specialist
2200 S Lakeside Drive
Waukegan, IL 60085
```

UNUM Life Insurance Company
PO Box 409548
Atlanta, GA 30384-9548

Volvo Construction Equipment Rents
PO Box 35
Casper, WY 82602

Western Area Power Admin.
PO Box 281213
Lakewood, CO 80228-8213

Wex Bank
PO Box 6293
Carol Stream. IL 60197-6293

Webster Delcambre
PO Box 1319
Broussard, LA 70518

William C. Scott
12612 Promontory Road
Los Angeles, CA 90049

William J and Jaqueline F McCormick
958 Nether Wood Drive
Blue Bell, PA 19422

William L Gauger
9680 Osage Road
Casper, WY 82601

Wilson Supply
PO Box 200822
Dallas, TX 75320-0822

Wm. & Jacqueline McCormick, Jr.
958 Netherwood Drive
Blue Bell, PA 19422


Wyoming Dept. of Environmental Qual
122 West 25th Street
Cheyenne WY 82002


Wyoming Machinery Co
PO Box 2335
Casper, WY 82602


Wyoming Stationery
328 W Yellowstone
Casper, WY 82601


Wyoming Steele & Recycling
PO Box 159
Mills, Wy 82644


Yury and Eleonora Minkovsky
1295 N Providence Road, #G203
Media, OA 19063


Ziaoying Gao
5906 Highland Drive
Palatine, IL 60067

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  <u>US Bentonite Processing</u>                                          Case No. _____
Debtor                                                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Todd Druse**, the **CFO** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**1**_____ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __**3/14/2013**_____          Signature:  **s/ Todd Druse**_____

                                                                **Todd Druse CFO**_____
                                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of Wyoming

In re:   **US Bentonite Processing**                                          Case No. _____

                                                                             Chapter   **11** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$225-325/hour** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | _____ |

2. The source of compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor            ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
   of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
   my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
   attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]

        **The compensation agreed to be paid by the Debtor to the undersigned is $225.00 to $325.00 per hour plus
        expenses.**

6.   By agreement with the debtor(s) the above disclosed fee does not include the following services:

        **Preparation of Tax Returns, Initial Report and Monthly Operating Reports to Trustee.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **3/14/2013** _____

                            **/s/ Bradley Hunsicker** _____
                            **Bradley Hunsicker, Bar No.  7-4579**

                            **Winship & Winship, PC**
                            Attorney for Debtor(s)